JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIAT INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOEL ANDRE CHAURAN and CHAURAN LLC d/b/a URBAN-EQUESTRIAN, <br><br> Defendants. | Case No. 2:21-CV-09748-SPG-AFM <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court having reviewed the Joint Stipulation of Dismissal With Prejudice, and good cause having been shown:

IT IS HEREBY ORDERED that the Joint Stipulation of Dismissal With Prejudice is GRANTED. The entire action and all claims against all parties is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: January 31, 2024

_____
Honorable Sherilyn Peace Garnett
UNITED STATES DISTRICT JUDGE